Case 1:21-cr-20485-MGC Document 3 Entered on FLSD Docket 09/22/2021 Page 1 of 8

FILED by KS D.C.
Sep 21, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20485-CR-KING/BECERRA**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**RONALD STUART LUBETSKY,**

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2

On or about March 1, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3

On or about October 23, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient A" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 4

On or about October 23, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient B" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 5

On or about November 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient A" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 6

On or about November 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient B" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 7

On or about December 19, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 8

On or about January 31, 2018, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient A" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 9

On or about January 31, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance to "Patient B" without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 10

On or about April 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone, Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 11

On or about June 11, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone and morphine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 12

On or about August 20, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD STUART LUBETSKY,**

knowingly and intentionally dispensed a controlled substance without authorization by law, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved oxycodone and morphine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant,

**RONALD STUART LUBETSKY,**

has an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in this Indictment, the defendant

shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RONALD STUART LUBETSKY,

                 Defendant/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [✓] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**.

                                                                       /s/ Frank H. Tamen
                                                            FRANK H. TAMEN
                                                            Assistant United States Attorney
                                                            FLA Bar No.     261289

*Penalty Sheet(s) attached                                                                                            REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  RONALD STUART LUBETSKY

**Case No:** _____

Counts #: 1-10

Unlawfully Dispensing Oxycodone

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Twenty Years' Imprisonment

Counts #: 11 and 12

Unlawfully Dispensing Oxycodone and Morphine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**